UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00017

**Pedro Alfaro,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

**O R D E R**

Petitioner, a prisoner of the Texas Department of Criminal Justice proceeding pro se, submitted a letter that the court construed as a petition for a writ of habeas corpus challenging a prison disciplinary conviction. The case was referred to a magistrate judge, who ordered petitioner to pay the filing fee and submit an amended petition on the proper form. Doc. 2. Petitioner did not comply with that order. As such, the magistrate judge issued a report recommending that the petition be dismissed without prejudice. Doc. 3 at 2. Petitioner did not file written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice for failure to comply with a court order. Any pending motions are denied as moot.

*So ordered by the court on January 22, 2026.*

J. CAMPBELL BARKER
United States District Judge